UNITED STATES DISTRICT COURT
for the

Savannah Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kenneth Gossett | ) | Case No:  4:12-CR-00230-1 |
| | ) | USM No: 17700-021 |
| Date of Original Judgment: August 1, 2014 | ) | Warren Carl Lietz |
| Date of Previous Amended Judgment: N/A | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated ___August 1, 2014,___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:      *MARCH 13, 2015*

_____
*Judge's signature*

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia

Effective Date: November 1, 2015                               *Printed name and title*
               *(if different from order date)*